JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
Broadcast Music, Inc. ;
**County of Residence:** Outside This District

Additional Plaintiff(s):
Black Ice Music ;
Songs of Universal, Inc. ;
Rondor Music International, Inc. ;
Cotillion Music, Inc. ;
Universal - Songs of Polygram International, Inc. ;
Peer International Corporation ;
R and R Nomad Publishing Company ;
Universal Music MGB NA LLC ;
Sony/ATV LLC ;
4U2asky Entertainment Inc. ;

**Defendant(s):**
First Listed Defendant:
Moon City, LLC d/b/a Galloway Station ;
**County of Residence:** Greene County

Additional Defendants(s):
Ermioni Greinke ;
Klaus Greinke ;

**County Where Claim For Relief Arose:** Greene County

**Plaintiff's Attorney(s):**
Eric M. Walter ( Broadcast Music, Inc.)
Armstrong Teasdale LLP
7700 Forsyth Blvd. Suite 1800
Saint Louis, Missouri 63105
**Phone:** 314-621-5070
**Fax:** 314-621-5065
**Email:** ewalter@armstrongteasdale.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
   **Plaintiff:** N/A
   **Defendant:** N/A

Case 6:18-cv-03043-BP   Document 1-1   Filed 02/08/18   Page 1 of 2

**Origin:** 1. Original Proceeding

**Nature of Suit:** 820 Copyright

**Cause of Action:** United States Copyright Act of 1976, as amended, 17 U.S.C. Section 101, et seq.

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):**

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Eric M. Walter

**Date:**    February 8, 2018

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.