# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Black Cat |
| Line 3 | Writer(s) | Janet Jackson |
| Line 4 | Publisher Plaintiff(s) | Janet D. Jackson, an individual d/b/a Black Ice Publishing |
| Line 5 | Date(s) of Registration | 6/15/90 |
| Line 6 | Registration No(s). | PA 485-124 |
| Line 7 | Date(s) of Infringement | 11/5/2016 |
| Line 8 | Place of Infringement | Galloway Station |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Devil Went Down To Georgia a/k/a The Devil Went Down To Georgia |
| Line 3 | Writer(s) | Charles E. (Charlie) Daniels; Tom Crain; William Joel (Taz) DiGregorio; Fred Edwards; Charlie Hayward; James W. Marshall |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc. |
| Line 5 | Date(s) of Registration | 1/29/79    8/10/79 |
| Line 6 | Registration No(s). | PAu 84-340  PA 42-829 |
| Line 7 | Date(s) of Infringement | 11/5/2016 |
| Line 8 | Place of Infringement | Galloway Station |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Hold On, I'm Coming |
| Line 3 | Writer(s) | Isaac Hayes, Jr.; David Porter |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music; Cotillion Music, Inc. d/b/a Pronto Music |
| Line 5 | Date(s) of Registration | 3/14/66      6/3/68 |
| Line 6 | Registration No(s). | Eu 928718      Ep 246262 |
| Line 7 | Date(s) of Infringement | 11/5/2016 |
| Line 8 | Place of Infringement | Galloway Station |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Saturday Night's Alright For Fighting a/k/a Saturday Night's Alright (For Fighting) |
| Line 3 | Writer(s) | Elton John; Bernie Taupin |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 7/25/73 |
| Line 6 | Registration No(s). | Efo 164516 |
| Line 7 | Date(s) of Infringement | 11/5/2016 |
| Line 8 | Place of Infringement | Galloway Station |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Walk Like An Egyptian |
| Line 3 | Writer(s) | Liam Sternberg |
| Line 4 | Publisher Plaintiff(s) | Peer International Corporation |
| Line 5 | Date(s) of Registration | 2/11/86 |
| Line 6 | Registration No(s). | PA 278-841 |
| Line 7 | Date(s) of Infringement | 11/5/2016 |
| Line 8 | Place of Infringement | Galloway Station |

| Line 1 | Claim No. | 6 |
|--------|-----------|---|
| Line 2 | Musical Composition | White Rabbit |
| Line 3 | Writer(s) | Grace Slick |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music |
| Line 5 | Date(s) of Registration | 3/9/67 |
| Line 6 | Registration No(s). | Ep 228383 |
| Line 7 | Date(s) of Infringement | 11/5/2016 |
| Line 8 | Place of Infringement | Galloway Station |

| Line 1 | Claim No. | 7 |
|--------|-----------|---|
| Line 2 | Musical Composition | Yesterday's Gone a/k/a Don't Stop |
| Line 3 | Writer(s) | Christine McVie |
| Line 4 | Publisher Plaintiff(s) | Universal Music MGB NA LLC d/b/a Universal Music Careers |
| Line 5 | Date(s) of Registration | 8/31/76    8/22/77 |
| Line 6 | Registration No(s). | Eu 713074    Ep 373131 |
| Line 7 | Date(s) of Infringement | 11/5/2016 |
| Line 8 | Place of Infringement | Galloway Station |

| Line 1 | Claim No. | 8 |
|--------|-----------|---|
| Line 2 | Musical Composition | Ain't No Rest For The Wicked |
| Line 3 | Writer(s) | Matthew Shultz; Donald Shultz; Daniel Tichenor; Jared Champion; Lincoln Parish |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; R and R Nomad Publishing Company, a division of R & R Nomad Publishing Co. LLC; 4U2asky Entertainment Inc. |
| Line 5 | Date(s) of Registration | 9/2/08 |
| Line 6 | Registration No(s). | PA 1-608-399 |
| Line 7 | Date(s) of Infringement | 11/5/2016 |
| Line 8 | Place of Infringement | Galloway Station |