4/5/18

UNITED STATES DISTRICT COURT



BROADCAST MUSIC, INC., et al

VS

MOON CITY, LLC, DBA GALLOWAY STATION

1281-B E. REPUBLIC RD

SPRINGFIELD, MO 65804

ERMIONI GREINKE

CIVIL ACTION NO. 6:18-CV-3043

I would like to inform the court that the defendants, Ermioni Greinke/Moon City LLC and the plaintiffs, Broadcast Music Inc, are in the midst of negotiating a settlement and would like to ask the court, at this point, to be excused from appearing in court on the set date of April 6th 2018.

Thank you,

Ermioni Greinke

ERMIONI GREINKE

3542 S CARA LN

SPRINGFIELD MO 65809

417-883-4374