UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| BROADCAST MUSIC, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 6:18-cv-03043-BP |
| MOON CITY, LLC d/b/a GALLOWAY STATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF SETTLEMENT

Plaintiffs, through counsel, and with the consent of Defendants' counsel, hereby provide notice to the Court that the parties continue to negotiate concerning certain details and terms of their settlement. The parties request 14 days, up to and including November 5, 2018, to complete the paperwork memorializing their settlement agreement and to dismiss all claims.

        Respectfully submitted,

        ARMSTRONG TEASDALE LLP


   By: */s/ Eric M. Walter*
       Eric M. Walter,    #47297MO
       7700 Forsyth Blvd., Suite 1800
       St. Louis, Missouri 63105
       Telephone: 314.621.5070
       Fax: 314.621.5065
       ewalter@armstrongteasdale.com

   ATTORNEYS FOR PLAINTIFFS

2

## **CERTIFICATE OF SERVICE**

This certifies that on October 22, 2018, the foregoing was electronically filed using the Court's Electronic Case Filing system, which will send notice to all attorneys of record.

/s/ *Eric M. Walter*